IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHINITIA JACKSON**                                                                                       **PLAINTIFF**

v.                                   Case No. 4:24-cv-00509-LPR

**CROTHALL HEALTHCARE and**
**GRANT ADAMS, Director of Operations**                                                **DEFENDANTS**

## ORDER

      Plaintiff ShiNitia Jackson initiated this *pro se* lawsuit on June 14, 2024.[1]  On August 23, 2024, the Court issued an Order granting Ms. Jackson's request to proceed *in forma pauperis*, explaining why she had failed to sufficiently state a claim upon which relief could be granted, and giving Ms. Jackson forty-five days to amend her Complaint.[2]  The Court warned Ms. Jackson that failure to file an amended complaint would result in the dismissal of her case.[3]  Ms. Jackson has not complied with, or otherwise responded to, the Court's Order, and the time for doing so has expired.

      Accordingly, for the reasons stated in the Court's August 23, 2024 Order, Ms. Jackson's Complaint (Doc. 2) is DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

      IT IS SO ORDERED this 30th day of October 2024.

                                                        _____
                                                        LEE P. RUDOFSKY
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 7).

[3] *Id*. at 2–3.